**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Seychelles Organics Inc., | ) | No. CV 11-01746-PHX-FJM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| John R. Rose , | ) | |
| Defendant. | ) | |
| | ) | |

     The court has before it Schneider & Onofry's Motion to Withdraw as counsel for defendant Rose (doc. 33), Rose's Response (doc. 37), and Schneider & Onofry's Reply (doc. 38).  Also before the court is Rose's Motion for an extension of time within which to file a response to the contempt motion (doc. 34), Seychelles Organics' Response (doc. 36), and Rose's Reply (doc. 39).

     Rose's lawyers want out because of differences.  Rose acknowledges the differences. Rose wants an extension on the contempt motion because if his lawyer is allowed out, he must respond on his own.  He does not expect to substitute counsel.  Seychelles objects because of delay and Rose's past litigation conduct.

     It makes sense to let the lawyer out.  It also makes sense to give Rose a modest but reasonable extension of time to respond to the contempt motion on condition that no further extensions shall be granted.

1    Accordingly, it is ORDERED GRANTING Schneider & Onofry's Motion to
2 Withdraw as counsel to Rose. (Doc. 33). All further notice to Rose shall be at the address
3 in the motion. It is further ORDERED GRANTING Rose's Motion for an extension of time
4 within which to file a Response to the Motion for Contempt and Sanctions. (Doc. 34). Rose
5 shall have to and including October 18, 2013 within which to file a Response to the Motion
6 for Contempt and Sanctions (doc. 31). No further extensions shall be granted.

7    DATED this 2nd day of October, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge