**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Seychelles Organics Inc., | ) | No. CV-11-1746-PHX-FJM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| John R. Rose, | ) | |
| Defendant. | ) | |

The court has before it a Stipulation to Stay Subpoenas and a proposed form of order approving it. (Doc. 80). We decline to do so for two separate reasons. First, the terms of the stipulation do not require court approval under Rule 29, Fed. R. Civ. P. Second, even were it otherwise, post-judgment supplementary proceedings are to be assigned to a magistrate judge under LRCiv 72.1(b).

Should they arise, the clerk is directed to assign post-judgment supplementary proceedings, including issues involving debtor examinations, to a magistrate judge.

DATED this 29th day of January, 2016.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge